IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN TROY WOLTZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6296 |
| | : | |
| **SUSAN GOOD,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of December, 2024, upon consideration of Plaintiff Brian Troy Woltz's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Supplemental Affidavit (ECF No. 4), and Motion for Clarification of Service (ECF No. 7), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to add as Defendants ADA Tim McCartney and "Judicial officers, court administrators, and other agents of the Court of Common Pleas of Bucks County."

4. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. The request for a writ *quo warranto* is **DISMISSED WITHOUT PREJUDICE** for lack of standing.

    b. All other federal law claims are **DISMISSED WITH PREJUDICE** with the exception of Woltz's § 1983 claims for money damages.

      c.     Woltz's § 1983 claims for money damages.and all state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5.     The Motion for Clarification of Service is **DENIED** as moot.

6.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/S/ Kai N. Scott*
**KAI N. SCOTT, J.**